UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:10-cr-175-RLH-RJJ |
| | ) | |
| vs. | ) | |
| | ) | |
| JAJUANE FISHER, | ) | O R D E R |
| | ) | |
| Defendant, | ) | |

This matter came before the Court on October 19, 2010, for an evidentiary hearing on Defendant's Motion to Suppress Evidence (#20).

The Court having reviewed the Motion (#20), the Opposition (#23) and the Reply (#25), having heard the representations and argument of counsel at the evidentiary hearing and finding that a Change of Plea hearing is scheduled for November 19, 2010, *see* Notice of Hearing (#33), and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion to Suppress Evidence (#20) is DENIED based on the Change of Plea hearing.

DATED this 15th day of November, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge